UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHERWIN-WILLIAMS COMPANY,

    Plaintiff(s),

v.

HENRY ET AL,

    Defendant(s).

No. C-14-02292 DMR

**ORDER TO SHOW CAUSE**

Plaintiff Sherwin Williams Company's motion to dismiss was filed on September 4, 2014. [Docket No. 27.] Pursuant to Civil Local Rule 7-3, any brief in opposition to Plaintiff's motion was due on September 18, 2014, but no such opposition has been received. <u>Defendants Jesse Henry and Superior Automotive Center of San Francisco are ordered to respond by **September 24, 2014** and show cause for their failure to respond</u> to the motion in accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute permission to file a late opposition. The hearing on October 9, 2014 is CONTINUED to October 30, 2014 at 11:00 a.m. If Defendants do not respond by September 24, 2014, Plaintiff's motion may be granted.

IT IS SO ORDERED.

Dated: September 22, 2014

_____
DONNA M. RYU
United States Magistrate Judge